USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
KIRAN VUPPALA, :
:
                              Plaintiff, :    1:21-cv-2446-GHW
:
         -against- :    ORDER
:
JOEY PEPPERONI'S BROADWAY INC. d/b/a :
JOEY PEPPERONI'S PIZZA, and 381 :
BROADWAY REALTY CORP., :
:
                            Defendants. :
:
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The Court has been notified that Defendant 381 Broadway Realty Corp. has filed for bankruptcy. Pursuant to 11 U.S.C. § 362, this action is automatically stayed.

    Plaintiff is ordered to serve a copy of this order on Defendants and to retain proof of service.

    The Clerk of Court is directed to mark this case as stayed.

    SO ORDERED.

Dated: June 23, 2021
New York, New York
                                                                    GREGORY H. WOODS
                                                            United States District Judge