USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
KIRAN VUPPALA,                                                         :
                                                                       :
                                    Plaintiff,                         :      1:21-cv-2446-GHW
                                                                       :
                -against-                                              :      ORDER
                                                                       :
JOEY PEPPERONI'S BROADWAY INC. d/b/a                                   :
JOEY PEPPERONI'S PIZZA, *and* 381                                      :
BROADWAY REALTY CORP.,                                                 :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 23, 2021, this case was stayed pursuant to 11 U.S.C. § 362, as a result of the bankruptcy of Defendant 381 Broadway Realty Corp. *See* Dkt. No. 12. Plaintiff is directed to provide a letter updating the Court on the status of this case by no later than July 8, 2024.

SO ORDERED.

Dated: June 28, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Court Judge