USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                            :
KIRAN VUPPALA,                                              :
                                                            :
                                      Plaintiff,            :           1:21-cv-2446-GHW
                                                            :
                      -against-                             :               ORDER
                                                            :
JOEY PEPPERONI'S BROADWAY INC., *d/b/a*                    :
JOEY PEPPERONI'S PIZZA, *and* 381                          :
BROADWAY REALTY CORP.,                                      :
                                                            :
                                      Defendants.           :
                                                            :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        Following Plaintiff's request for an extension of time, on July 9, 2024, the Court directed

Plaintiff to provide a letter updating the Court on the status of this case by no later than July 10,

2024. The letter has not arrived. Plaintiff is directed to comply with the Court's July 9, 2024 order

forthwith and in any event no later than July 15, 2024.

        SO ORDERED.

Dated: July 11, 2024                          _____
New York, New York                                    GREGORY N. WOODS
                                               United States District Court Judge