```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
   KIRAN VUPPALA,                                                   :
                                                                    :
                                      Plaintiff,                    :    1:21-cv-2446-GHW
                                                                    :
                         -against-                                  :    ORDER
                                                                    :
   JOEY PEPPERONI'S BROADWAY INC., a New                            :
   York corporation doing business as Joey Pepperoni's Pizza,       :
   and 381 BROADWAY REALTY CORP., a New York                        :
   corporation,                                                     :
                                                                    :
                                      Defendants.                   :
                                                                    X
---------------------------------------------------------------------
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2024
```

GREGORY H. WOODS, United States District Judge:

In the Court's August 13, 2024 order, Plaintiff was ordered to file a memorandum of law by September 2, 2024 providing a "detailed explanation of his position" regarding the effect of Defendant 381 Broadway Realty Corp.'s bankruptcy proceeding on this case. Dkt. No. 25. The memorandum of law was required to address, among other things, "the effect of the bankruptcy proceeding on Plaintiff's claims and the consequences of Plaintiff's failure to file a proof of claim despite being on notice of the bankruptcy proceedings." *Id.* Plaintiff was required to file the memorandum "regardless of whether Plaintiff is able to speak with counsel for 381 Broadway Realty Corp." *Id.*

It is now September 30, 2024, and the Court has not received a memorandum of law from Plaintiff. Plaintiff is directed to comply with the Court's August 13, 2024 order forthwith, and in any event no later than October 2, 2024, the due date for the parties' joint status letter and proposed case management plan. *Id.* Plaintiff is reminded that a party's failure to comply with the Court's orders may result in the imposition of sanctions. *E.g., Mitchell v. Lyons Pro. Servs., Inc.*, 708 F.3d 463, 467 (2d Cir. 2013) ("Every district court has the inherent power to supervise and control its own

proceedings and to sanction counsel or a litigant for disobeying the court's orders." (internal quotation marks and alterations omitted)).

    SO ORDERED.

Dated: September 30, 2024  
New York, New York

                                              GREGORY H. WOODS  
                                              United States District Judge