```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KIRAN VUPPALA,                                                     :
                                                                   :
                                              Plaintiff,           :      1:21-cv-2446-GHW
                                                                   :
                       -against-                                   :      ORDER
                                                                   :
JOEY PEPPERONI'S BROADWAY INC., *a New*                            :
*York corporation doing business as* Joey Pepperoni's Pizza,       :
*and* 381 BROADWAY REALTY CORP., *a New York*                      :
*corporation*,                                                     :
                                                                   :
                                              Defendants.          :
                                                                   :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On July 11, 2024, an initial pretrial conference was scheduled in this case for August 16, 2024 at 4:00 p.m.  Dkt. No. 23.  On August 13, 2024, the initial pretrial conference was adjourned to October 9, 2024 at 4:00 p.m.  On October 2, 2024, Plaintiff filed a letter requesting leave to amend the complaint.  Dkt. No. 29.  On October 3, 2024, the Court denied Plaintiff's request for leave to amend the complaint without prejudice, and ordered Plaintiff's counsel to show cause by October 10, 2024 why he should not be sanctioned as a result of his failure to comply with several of this Court's orders.  Dkt. No. 30.

      In light of Plaintiff's anticipated request for leave to amend the complaint and Plaintiff's counsel's deadline to show cause, the initial pretrial conference scheduled for October 9, 2024 at 4:00 p.m. is adjourned to November 25, 2024 at 3:00 p.m.  The initial pretrial conference on November 25, 2024 will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The joint status letter and proposed case management plan described in the Court's July 11, 2024 order are due no later than November 18, 2024.

SO ORDERED.

Dated: October 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge